Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name** — Love Weld Inc

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)** — 92-1551170

**4. Debtor's address**

**Principal place of business**

632 N Lamar Blvd
Number Street

Austin, TX 78703-5414
City State ZIP Code

Travis
County

**Mailing address, if different from principal place of business**

3616 Far W Blvd Suite 117 Box 584
Number Street

Austin, TX 78731-3198
City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)** — www.loveweld.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________

Debtor **Love Weld Inc** Case number *(if known)* ______
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4 5 8 3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______

  District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ______ Relationship ______

  District ______ When ______ (MM / DD / YYYY)

  Case number, if known ______

Debtor **Love Weld Inc** Case number *(if known)* ______
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number Street
______
City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 ☐ 50-99 ☐ 100-199 | ☐ 1,000-5,000 ☐ 5,001-10,000 | ☐ 25,001-50,000 |
| ☐ 200-999 | ☐ 10,001-25,000 | ☐ 50,000-100,000 |
| | | ☐ More than 100,000 |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Love Weld Inc**
Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/17/2026**
MM/ DD/ YYYY

✗ **/s/ Lucas Drake Sides**
Signature of authorized representative of debtor

**Lucas Drake Sides**
Printed name

Title **COO**

**18. Signature of attorney**

✗ **/s/ Robert C Lane**
Signature of attorney for debtor

Date **11/17/2026**
MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number Street

**Houston** **TX** **77036-3369**
City State ZIP Code

**(713) 595-8200**
Contact phone

**notifications@lanelaw.com**
Email address

**24046263** **TX**
Bar number State

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __________.

2. The following financial data is the latest available information and refers to the debtor's condition on __________.

a. Total assets **$357,108.50**

b. Total debts (including debts listed in 2.c., below) **$1,788,858.65**

c. Debt securities held by more than 500 holders

| | | Approximate number of holders: |
|---|---|---|
| secured ❑ unsecured ❑ subordinated ❑ | | |
| secured ❑ unsecured ❑ subordinated ❑ | | |
| secured ❑ unsecured ❑ subordinated ❑ | | |
| secured ❑ unsecured ❑ subordinated ❑ | | |
| secured ❑ unsecured ❑ subordinated ❑ | | |

d. Number of shares of preferred stock __________

e. Number of shares common stock __________

Comments, if any: __________

3. Brief description of debtor's business Retail Jewelry Sales

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case:

Debtor name **Love Weld Inc**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): ____________

❑ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | First-Citizens Bank and Trust Company<br>Attn: SBA Loan Operations<br>100 E Tryon Road, DAC-90<br>Raleigh, NC 27603 | | UCC | | | | $590,669.00 |
| 2 | JP Morgan Chase Bank<br>1111 Polaris Pkwy<br>Columbus, OH 43240-2031 | | UCC | | | | $253,162.00 |
| 3 | Shopify Capital Inc<br>Shopify Admin<br>33 New Montgomery St Suite 750<br>San Francisco, CA 94105 | | Loan | | | | $201,301.00 |
| 4 | Fremada Gold Inc<br>2 W 45th St Suite 1605<br>New York, NY 10036-4228 | | | | | | $118,915.66 |
| 5 | The Jobe Family Living Trust<br>122 Hogan Drive<br>Callisburg, TX 76240 | | Loan | | | | $100,000.00 |
| 6 | Shopify Inc.<br>151 O'Connor St,<br>, | | Credit Card | | | | $90,704.00 |
| 7 | American Express<br>Bankruptcy Unit<br>PO Box 297817<br>Fort Lauderdale, FL 33329-7817 | | Credit Card | | | | $50,112.15 |
| 8 | New York State Dept of Tax and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205 | | Sales Tax | | | | $47,718.00 |

Debtor **Love Weld Inc** Case number *(if known)*
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Chase Ink<br>PO Box 15123<br>Wilmington, DE 19850-5123 | | Credit Card | | | | $39,811.00 |
| 10 | OnRamp Funds, Inc.<br>930 S 4th St Ste. 209 #1205<br>Las Vegas, NV 89101-6845 | | Loan | | | | $39,639.00 |
| 11 | DC Office of Tax and Revenue<br>Compliance Administration<br>1101 4th Street SW 6th Fl<br>Washington, DC 20024 | | Sales Tax | | | | $39,339.00 |
| 12 | New Mexico Taxation & Revenue Department<br>Bankruptcy Unit<br>PO Box 50129<br>Albuquerque, NM 87181 | | Sales Tax | | | | $34,299.00 |
| 13 | Chase Ink<br>PO Box 15123<br>Wilmington, DE 19850-5123 | | Credit Card | | | | $30,866.00 |
| 14 | Rio Grande<br>7500 Bluewater Rd Nw<br>Albuquerque, NM 87121-1962 | | vendor | | | | $27,128.00 |
| 15 | Texas Comptroller of Public Accounts<br>111 E. 17th Street<br>Austin, TX 78774 | | Sales Tax | | | | $17,858.00 |
| 16 | Colorado Department of Revenue<br>Attn: Bankruptcy<br>PO Box 17087<br>Denver, CO 80217 | | Sales Tax | | | | $15,754.00 |
| 17 | Clements Skelton<br>50827 Hwy 550 13<br>Durango, CO 81303 | | Loan | | | | $15,000.00 |
| 18 | Louisiana Department of Revenue<br>Collection Division/Bankruptcy Section<br>PO Box 66658<br>Baton Rouge, LA 70896 | | Sales Tax | | | | $11,777.00 |
| 19 | City and County of Denver<br>Treasury Division<br>201 W. Colfax Ave. Dept 1009<br>Denver, CO 80202 | | Sales Tax | | | | $9,263.00 |
| 20 | Midas Chain<br>151 Veterans Dr<br>Northvale, NJ 07647-2301 | | vendor | | | | $6,850.00 |

Fill in this information to identify the case:

Debtor Name Love Weld Inc

United States Bankruptcy Court for the: Western District of Texas (State)

Case number (If known):

❑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

❑ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $5,000.00 |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Chase Bank | Checking account | 1 1 5 2 | $612.50 |
| 3.2. Chase Bank | Checking account | 8 0 0 1 | $3,710.73 |
| 3.3. Frost Bank | Checking account | 6 9 2 5 | $74,018.20 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | |
| 4.2 | | | |
| 5. **Total of Part 1**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $83,341.43 |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

❑ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1 security deposits for leases held | $88,000.00 |

Debtor **Love Weld Inc** Case number *(if known)*
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1

8.2

9. **Total of Part 2**
Add lines 7 through 8. Copy the total to line 81. **$88,000.00**

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

❑ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $1,736.00 | - | unknown | =.....➔ | $1,736.00 |
| 11b. Over 90 days old: | | - | | =.....➔ | |

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$1,736.00**

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
❑ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1

14.2

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1.

15.2.

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1

16.2

Debtor **Love Weld Inc** Case number *(if known)*
Name

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

❑ No. Go to Part 6.
☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | | MM / DD / YYYY | | | |
| 20. | **Work in progress** | | | | |
| | | MM / DD / YYYY | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | Chains, Charms, Clasps, Earring Bar, Jump Rings | MM / DD / YYYY | unknown | | $157,965.07 |
| 22. | **Other inventory or supplies** | | | | |
| | | MM / DD / YYYY | | | |

23. **Total of Part 5** $157,965.07
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☑ No
❑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
❑ Yes. Book value ________ Valuation method ________ Current value ________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
❑ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
❑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |

Debtor **Love Weld Inc** Case number *(if known)*
Name

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment** (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value ________ Valuation method ________ Current value ________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Furniture/fixtures (Austin)** | **unknown** | | **$1,385.00** |
| **Furniture/fixtures (San Antonio)** | **unknown** | | **$875.00** |
| **Furniture/fixtures (New Orleans)** | **unknown** | | **$390.00** |
| **Furniture/fixtures (Dallas)** | **unknown** | | **$525.00** |
| **Furniture/fixtures (Denver)** | **unknown** | | **$965.00** |

Debtor **Love Weld Inc** Case number *(if known)* ____________
Name

| | | | |
|---|---|---|---|
| Furniture/fixtures (Washington DC) | unknown | | $500.00 |
| Furniture/fixtures (Santa Monica) | unknown | | $435.00 |
| Furniture/fixtures (New York - SOHO) | unknown | | $510.00 |
| Furniture/fixtures (New York City- Midtown) | unknown | | $120.00 |
| Furniture/fixtures (Albuquerque) | unknown | | $485.00 |

40. **Office fixtures**

| | | | |
|---|---|---|---|
| | | | |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| Welding Machines (Albuquerque) | unknown | | $800.00 |
| Computers/Electronics (Albuquerque) | unknown | | $75.00 |
| Welding Machines (New York City- Midtown) | unknown | | $500.00 |
| Computers/Electronics(New York City- Midtown) | unknown | | $50.00 |
| Welding Machines (New York - SOHO) | unknown | | $1,700.00 |
| Computers/Electronics (New York - SOHO) | unknown | | $250.00 |
| Welding Machines (Santa Monica) | unknown | | $1,400.00 |
| Computers/Electronics (Santa Monica) | unknown | | $75.00 |
| Welding Machines (Washington DC) | unknown | | $1,700.00 |
| Computers/Electronics (Washington DC) | unknown | | $250.00 |
| Welding Machines (Denver) | unknown | | $1,700.00 |
| Computers/Electronics (Denver) | unknown | | $150.00 |
| Welding Machines (Dallas) | unknown | | $3,600.00 |
| Computers/Electronics (Dallas) | unknown | | $75.00 |
| Welding Machines (New Orleans) | unknown | | $1,100.00 |
| Computers/Electronics (New Orleans) | unknown | | $600.00 |
| Welding Machines (San Antonio) | unknown | | $1,000.00 |
| Computers/Electronics (San Antonio) | unknown | | $50.00 |
| Welding Machines (Austin) | unknown | | $3,300.00 |
| Tools/equipment (Austin) | unknown | | $250.00 |
| Computers/Electronics (Austin) | unknown | | $1,250.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | |
| 42.2 | | | |

Debtor **Love Weld Inc** Case number *(if known)*
Name

42.3

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86. **$26,065.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- [x] No
- [ ] Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- [x] No. Go to Part 9.
- [ ] Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | | | |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- [ ] No
- [ ] Yes

Debtor **Love Weld Inc** Case number *(if known)* ____________
Name

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

❑ No
❑ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

❑ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 **Store / 324 San Felipe C Albuquerque, NM 87104** | **Lease** | **unknown** | | **unknown** |
| 55.2 **Store / 632 North Lamar Austin, TX 78703** | **Lease** | **unknown** | | **unknown** |
| 55.3 **Store / 1801 Blake St Denver, CO 80202** | **Lease** | **unknown** | | **unknown** |
| 55.4 **Store / 2665 Main Street C Santa Monica, CA 90405** | **Lease** | **unknown** | | **unknown** |
| 55.5 **Store / 5631 Magazine St. New Orleans, LA 70115** | **Lease** | **unknown** | | **unknown** |
| 55.6 **Store / 53 Wooster St. New York, NY 10013** | **Lease** | **unknown** | | **unknown** |
| 55.7 **Store / 125 Lamar Street 113 San Antonio, TX 78202** | **Lease** | **unknown** | | **unknown** |
| 55.8 **Store / 2824 Pennsylvania Ave. NW Washington, DC 20007** | **Lease** | **unknown** | | **unknown** |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. ____________

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
❑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
❑ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

❑ No. Go to Part 11.
☑ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

Debtor **Love Weld Inc** Case number *(if known)* ____
Name

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

| | | | |
|---|---|---|---|
| www.loveweld.com | unknown | | $1.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

| | | | |
|---|---|---|---|
| Basic customer contact information | unknown | | unknown |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89. **$1.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☑ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
____ Total face amount – doubtful or uncollectible amount = ➔ ____

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| | | |
|---|---|---|
| Federal NOL carryforwards, approx $920,000 (tax years 2024-2025) | Tax year 2024-2025 | unknown |

Debtor **Love Weld Inc** Case number *(if known)*
Name

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Nature of claim**

**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☐ No
- ☑ Yes

Debtor **Love Weld Inc** Case number *(if known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$83,341.43** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$88,000.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$1,736.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$157,965.07** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$26,065.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. | **Real property.** *Copy line 56, Part 9.* ........ ➔ | | **unknown** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$1.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **unknown** | |
| 91. | **Total.** *Add lines 80 through 90 for each column*........91a. | **$357,108.50** | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........ **$357,108.50**

Fill in this information to identify the case:

Debtor name Love Weld Inc

United States Bankruptcy Court for the: Western District of Texas (State)

Case number (if known):

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| **2.1** Creditor's name: CFT Clear Finance Technology Corp. | unknown | unknown |

**Creditor's name**
CFT Clear Finance Technology Corp.

**Creditor's mailing address**
2810 N Church St 68100
Wilmington, DE 19802

**Creditor's email address, if known**

**Date debt was incurred** 10/17/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** MCA- paid off but UCC not terminated

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $843,831.00

Debtor **Love Weld Inc** Case number (if known) ______
Name

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.2 Creditor's name**
**First-Citizens Bank and Trust Company**

**Creditor's mailing address**
**Attn: SBA Loan Operations**
**100 E Tryon Road, DAC-90**
**Raleigh, NC 27603**

**Creditor's email address, if known**

**Date debt was incurred** **10/20/2023**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: **$590,669.00** Column B: **unknown**

**Remarks:** SBA Loan

**2.3 Creditor's name**
**JP Morgan Chase Bank**

**Creditor's mailing address**
**1111 Polaris Pkwy**
**Columbus, OH 43240-2031**

**Creditor's email address, if known**

**Date debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: **$253,162.00** Column B: **unknown**

**Remarks:** Line of Credit

Debtor **Love Weld Inc** Case number (if known) ______
Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| First Citizens Bank & Trust Co<br>21146 Network Place<br>Chicago, IL 60673 | Line 2. 2 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name **Love Weld Inc**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): ____________

❑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ❑ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **California Dept of Tax and Fee Admin**<br>**Account Information Group, MIC:29**<br>**PO Box 942879**<br>**Sacramento, CA 94279**<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the Claim:** **Sales Tax**<br><br>**Is the claim subject to offset?**<br>☑ No<br>❑ Yes | **$6,276.00** | **unknown** |
| 2.2 | **City and County of Denver**<br>**Treasury Division**<br>**201 W. Colfax Ave. Dept 1009**<br>**Denver, CO 80202**<br><br>**Date or dates debt was incurred** ____<br><br>**Last 4 digits of account number** ____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | *Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>**Basis for the Claim:** **Sales Tax**<br><br>**Is the claim subject to offset?**<br>☑ No<br>❑ Yes | **$9,263.00** | **unknown** |

Debtor **Love Weld Inc** Case number *(if known)*
Name

## Part 1: Additional Page

**2.3** **Priority creditor's name and mailing address**

**Colorado Department of Revenue**
**Attn: Bankruptcy**
**PO Box 17087**
**Denver, CO 80217**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:** **Sales Tax**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$15,754.00** **unknown**

**2.4** **Priority creditor's name and mailing address**

**DC Office of Tax and Revenue**
**Compliance Administration**
**1101 4th Street SW 6th Fl**
**Washington, DC 20024**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:** **Sales Tax**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$39,339.00** **unknown**

**2.5** **Priority creditor's name and mailing address**

**Delaware Division of Corporations**
**John G. Townsend Bldg.**
**401 Federal St Suite 4**
**Dover, DE 19901-3639**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:** **Franchise Tax**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$4,500.00** **unknown**

Debtor **Love Weld Inc** Case number *(if known)*
Name

## Part 1: Additional Page

**2.6** **Priority creditor's name and mailing address**
**Louisiana Department of Revenue**
**Collection Division/Bankruptcy Section**
**PO Box 66658**
**Baton Rouge, LA 70896**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Sales Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$11,777.00** **unknown**

**2.7** **Priority creditor's name and mailing address**
**New Mexico Taxation & Revenue Department**
**Bankruptcy Unit**
**PO Box 50129**
**Albuquerque, NM 87181**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Sales Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$34,299.00** **$34,299.00**

**2.8** **Priority creditor's name and mailing address**
**New York State Dept of Tax and Finance**
**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:** **Sales Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$47,718.00** **$47,718.00**

Debtor **Love Weld Inc**
Name

Case number *(if known)*

**Part 1: Additional Page**

**2.9** **Priority creditor's name and mailing address**
**Texas Comptroller of Public Accounts**
**111 E. 17th Street**
**Austin, TX 78774**

**Date or dates debt was incurred**

**Last 4 digits of account number** ____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**
**Sales Tax**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$17,858.00** **unknown**

Debtor **Love Weld Inc** Case number *(if known)*
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
**Action Carting Env. Services, Inc.**
**300 Frank W Burr Blvd Suite 39**
**Teaneck, NJ 07666-6730**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** vendor

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3 3 2 0

**$1,652.00**

**3.2 Nonpriority creditor's name and mailing address**
**American Express**
**Bankruptcy Unit**
**PO Box 297817**
**Fort Lauderdale, FL 33329-7817**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3 0 0 6

**$50,112.15**

**3.3 Nonpriority creditor's name and mailing address**
**American Express**
**P.o. Box 60189**
**City Industry, CA 91716-0189**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3 0 0 2

**$5,888.00**

**3.4 Nonpriority creditor's name and mailing address**
**ASE HVAC Inc**
**65-31 Grand Ave**
**Maspeth, NY 11378-2422**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

**$2,776.00**

Debtor **Love Weld Inc** Case number *(if known)*
Name

**Part 2: Additional Page**

**3.5 Nonpriority creditor's name and mailing address**
**Baker McKenzie**
**830 Brickell Plaza Ste 3100**
**Miami, FL 33131-2904**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$6,771.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
**Barclay Damon LLP**
**125 E Jefferson St**
**Syracuse, NY 13202-2020**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Remarks:**
Legal Counsel for Debtor in frivolous lawsuit filed in New York alleging that Debtor's website is not ADA compliant.

**As of the petition filing date, the claim is:** **$6,636.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.7 Nonpriority creditor's name and mailing address**
**Chase Bank**
**P.O. Box 44959**
**Indianapolis, IN 46244-0959**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**Remarks:** Small business loan

**As of the petition filing date, the claim is:** **$5,375.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**
**Chase Ink**
**PO Box 15123**
**Wilmington, DE 19850-5123**

**Date or dates debt was incurred**
**Last 4 digits of account number** 8 2 7 0

**As of the petition filing date, the claim is:** **$39,811.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Love Weld Inc** Case number *(if known)*
Name

## Part 2: Additional Page

**3.9 Nonpriority creditor's name and mailing address**
Chase Ink
PO Box 15123
Wilmington, DE 19850-5123

**Date or dates debt was incurred**
**Last 4 digits of account number** 9 0 7 2

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,866.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**
Clements Skelton
50827 Hwy 550 13
Durango, CO 81303

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,000.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.11 Nonpriority creditor's name and mailing address**
FedEx
P.O. Box 94515
Palatine, IL 60094-4515

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,171.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.12 Nonpriority creditor's name and mailing address**
Fremada Gold Inc
2 W 45th St Suite 1605
New York, NY 10036-4228

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$118,915.66**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Love Weld Inc** Case number *(if known)*
Name

**Part 2: Additional Page**

**3.13 Nonpriority creditor's name and mailing address**

**JP Morgan Chase Bank**
**1111 Polaris Pkwy**
**Columbus, OH 43240-2031**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$6,416.84**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.14 Nonpriority creditor's name and mailing address**

**Midas Chain**
**151 Veterans Dr**
**Northvale, NJ 07647-2301**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$6,850.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15 Nonpriority creditor's name and mailing address**

**OnRamp Funds, Inc.**
**930 S 4th St Ste. 209 #1205**
**Las Vegas, NV 89101-6845**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Remarks:** Merchant Cash Advance

**As of the petition filing date, the claim is:** **$39,639.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

**Rio Grande**
**7500 Bluewater Rd Nw**
**Albuquerque, NM 87121-1962**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Remarks:** Critical Vendor

**As of the petition filing date, the claim is:** **$27,128.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Love Weld Inc**
Name

Case number *(if known)*

## Part 2: Additional Page

**3.17 Nonpriority creditor's name and mailing address**
Shopify Capital Inc
Shopify Admin
33 New Montgomery St Suite 750
San Francisco, CA 94105

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Remarks:** Loan

**As of the petition filing date, the claim is:** *Check all that apply.* **$201,301.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.18 Nonpriority creditor's name and mailing address**
Shopify Inc.
151 O'Connor St,

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$90,704.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.19 Nonpriority creditor's name and mailing address**
The Jobe Family Living Trust
122 Hogan Drive
Callisburg, TX 76240

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.* **$100,000.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Loan

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.20 Nonpriority creditor's name and mailing address**
Wolters Kluwer
2700 Lake Cook Rd
Deerfield, IL 60015

**Date or dates debt was incurred**
**Last 4 digits of account number**
**Remarks:** Registered Agent Service

**As of the petition filing date, the claim is:** *Check all that apply.* **$231.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** vendor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Love Weld Inc**
Name

Case number *(if known)*

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **eCommerce Funding, LLC**<br>**Ste. 209 #1205**<br>**Las Vegas, NV 89101-6845**<br>**930 S 4th St Ste. 209 #1205**<br>**Las Vegas, NV 89101** | Line **3.15**<br>❑ Not listed. Explain | |
| 4.2 | **Texas Comptroller of Public Accounts**<br>**PO Box 13528**<br>**Austin, TX 78711** | Line **2.9**<br>❑ Not listed. Explain | |

Debtor **Love Weld Inc**
Name

Case number *(if known)*

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$186,784.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$758,243.65** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$945,027.65** |

Fill in this information to identify the case:

Debtor name **Love Weld Inc**

United States Bankruptcy Court for the: **Western** District of **Texas** (State)

Case number (If known): Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Contract for 632 N. Lamar Blvd, Austin, Texas 78703 to be ASSUMED | 626 LLC<br>Attn: Vlad Marom<br>3267 Bee Caves Rd #107-172<br>Austin, TX 78746-6700 |
| | State the term remaining | 37 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Contract for 2824 Pennsylvania Ave. to be ASSUMED | DC2824, LLC<br>c/o James T. Bacon, Esq.,<br>11350 Random Hills Rd 700<br>Fairfax, VA 22030-6044 |
| | State the term remaining | 3 months | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Lease for Unit 175, 1801 Blake St., Denver, Colorado 80202 to be ASSUMED | Firehouse Block, LLC<br>c/o McWhinney Real Estate Services, LLC<br>1800 Wazee St 200<br>Denver, CO 80202-2526 |
| | State the term remaining | 4 months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Contract for 5631 Magazine St., New Orleans, LA 70115 to be ASSUMED | Freret Development, LLC<br>Attn: Andy Jacobs<br>5007 Freret St<br>New Orleans, LA 70115-6405 |
| | State the term remaining | 33 months | |
| | List the contract number of any government contract | | |

Debtor **Love Weld Inc** Case number (if known)
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Contract for 324-C San Felipe NW, Albuquerque, NM 87104 to be ASSUMED | Garcia Family LLC<br>c/o Anita Casale<br>328 San Felipe St Nw<br>Albuquerque, NM 87104-1499 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Contract for 53 Wooster St., NY to be ASSUMED | J.P. Associates II, LLC<br>c/o PEP Real Estate<br>51 Wooster St 3rd Fl<br>New York, NY 10013-2292 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Contract for 125 Lamar St., Suite 108 Unit C San Antonio TX 78202 to be ASSUMED | RC Lamarcado LP<br>c/o REIS Associates, LLC<br>2901 Wilcrest Dr 400<br>Houston, TX 77042-6079 |
| | State the term remaining | 28 months | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Contract for 2665 Main St., Suite C, Santa Monica, CA 90405 to be ASSUMED | The New Orleans Building Associates, LP<br>c/o Muselli Commercial Realtors<br>1513 6th St 201 A<br>Santa Monica, CA 90401-2500 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Love Weld Inc**
Name

Case number (if known)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name: Love Weld Inc

United States Bankruptcy Court for the: Western District of Texas (State)

Case number (If known): ______

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Sides, Lucas Drake | 3616 Far W Blvd Suite 117, Box 584 (Street)<br>Houston, TX 77036 (City, State, ZIP Code) | J.P. Associates II, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.2 | Sides, Sarah | 3616 Far W Blvd Suite 117, Box 584 (Street)<br>Houston, TX 77036 (City, State, ZIP Code) | J.P. Associates II, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.3 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor **Love Weld Inc**
Name

Case number (if known) ______

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Fill in this information to identify the case:

Debtor name **Love Weld Inc**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): ______________ Chapter **11**

❑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real Property:**
Copy line 88 from *Schedule A/B*.................... **$0.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................... **$357,108.50**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.................... **$357,108.50**

## Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ **$843,831.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................... **$186,784.00**

3b. **Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... **+ $758,243.65**

4. **Total liabilities**.................... **$1,788,858.65**
Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Love Weld Inc**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** (MM/ DD/ YYYY) to Filing date | ☑ Operating a business<br>☐ Other ____ | **$5,098,879.00** |
| **For prior year:** From **01/01/2025** (MM/ DD/ YYYY) to **12/31/2025** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other ____ | **$5,888,735.00** |
| **For the year before that:** From **01/01/2024** (MM/ DD/ YYYY) to **12/31/2024** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other ____ | **$8,802,228.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2026** (MM/ DD/ YYYY) to Filing date | | |
| **For prior year:** From **01/01/2025** (MM/ DD/ YYYY) to **12/31/2025** (MM/ DD/ YYYY) | | |
| **For the year before that:** From **01/01/2024** (MM/ DD/ YYYY) to **12/31/2024** (MM/ DD/ YYYY) | | |

Debtor **Love Weld Inc** Case number *(if known)*
Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **American Express**<br>Creditor's name<br>**200 Vessey Street**<br>Street<br>**New York, NY 10285**<br>City State ZIP Code | | **$9,042.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | **JP Morgan Chase Bank**<br>Creditor's name<br>**1111 Polaris Pkwy**<br>Street<br>**Columbus, OH 43240-2031**<br>City State ZIP Code | | **$15,569.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.3. | **Shopify Capital Inc**<br>Creditor's name<br>**33 New Montgomery St Suite 750**<br>Street<br>**Shopify Admin**<br>**San Francisco, CA 94105**<br>City State ZIP Code | | **$209,452.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.4. | **Fremada Gold Inc**<br>Creditor's name<br>**2 W 45th St Suite 1605**<br>Street<br>**New York, NY 10036-4228**<br>City State ZIP Code | | **$70,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.5. | **OnRamp Funds, Inc.**<br>Creditor's name<br>**930 S 4th St 1205**<br>Street<br>**Las Vegas, NV 89101**<br>City State ZIP Code | | **$172,793.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

Debtor **Love Weld Inc** Case number *(if known)*
Name

3.6. **Rio Grande** **$15,473.00**
Creditor's name
**7500 Bluewater Rd Nw**
Street
**Albuquerque, NM 87121-1962**
City State ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

3.7. **First-Citizens Bank & Trust Company** **$17,290.00**
Creditor's name
**100 E. Tryon Road, DAC-90**
Street
**Attn: SBA Loan Operations**
**Raleigh, NC 27603**
City State ZIP Code

- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Creditor's name / Street / City State ZIP Code | | | |

**Relationship to debtor**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Creditor's name / Street / City State ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Creditor's name<br>Street<br>City State ZIP Code | XXXX– _ _ _ _ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Damon Jones v. Love Weld, Inc.**<br>Case number<br>**160609/2026** | **Frivolous lawsuit alleging that Debtor's website is not ADA compliant. Debtor's motion to dismiss was granted.** | **Supreme Court of the State of New York, County of New York**<br>Name<br>**60 Centre Street**<br>Street<br>**New York County Courthouse**<br>**New York, NY 10007**<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| 8.1. | Custodian's name<br>Street<br>City State ZIP Code | Case title<br><br>Case number<br><br>Date of order or assignment | Court name and address<br>Name<br>Street<br>City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name<br>Street<br>City State ZIP Code | | | |

**Recipient's relationship to debtor**

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | **Theft - Jewelry inventory** | **$2,393** | **1/1/2026** | **$2,393.00** |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **The Lane Law Firm, PLLC** | **Attorney's Fee** | **10/20/2026** | **$2,500.00** |
| **Address** | **Attorney's Fee** | **10/28/2026** | **$5,000.00** |
| **6200 Savoy Suite 1150**<br>Street | **Attorney's Fees** | **11/10/2026** | **$5,000.00** |
| | **Attorney's Fees** | **11/16/2026** | **$22,500.00** |
| **Houston, TX 77036**<br>City State ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

Street

City State ZIP Code

**Relationship to debtor**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **2771 Wolfberry Pl Ne** (Street)<br>**Albuquerque, NM 87122-1228** (City State ZIP Code) | From **07/01/2021** To **August 2026** |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |

Facility name

Street

City State ZIP Code

**Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.

**How are records kept?**

*Check all that apply:*

❑ Electronically

❑ Paper

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☐ No.
- ☑ Yes.

  State the nature of the information collected and retained. **customer order information, billing, payment, shipping, marketing contact**

  Does the debtor have a privacy policy about that information?

  - ☐ No
  - ☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ☑ Yes. Does the debtor serve as plan administrator?
  - ☐ No. Go to Part 10.
  - ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Love Weld Retirement Trust** | EIN: **9 2 – 1 5 5 1 1 7 0** |

Has the plan been terminated?

- ☑ No
- ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | **First Citizens Bank & Trust** (Name)<br>**155 Commerce Way** (Street)<br>**Portsmouth, NH 03801** (City State ZIP Code) | XXXX– **4 0 0 6** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | **$0.00** |
| 18.2 | **First Citizens Bank & Trust** (Name)<br>**155 Commerce Way** (Street)<br>**Portsmouth, NH 03801** (City State ZIP Code) | XXXX– **4 0 2 2** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | **$0.00** |

18.3 **First Citizens Bank & Trust** XXXX– 4 0 3 0 ☑ Checking $0.00
Name ☐ Savings
**155 Commerce Way** ☐ Money market
Street ☐ Brokerage
☐ Other
**Portsmouth, NH 03801**
City State ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Various**<br>Name<br>Street<br>City State ZIP Code | | ~~Debtor sells jewelry from various individuals on consignment at all of its locations.~~ | **$26,664.32** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Permanent Jewelry Solutions**<br>Name<br>**2771 Wolfberry Pl Ne**<br>Street<br>**Albuquerque NM 87122-1228**<br>City State ZIP Code | | Debtor sells jewelry on consignment. | **$77,221.68** |

**Part 12: Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| <br>**Case number** | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

Debtor **Love Weld Inc** Case number *(if known)*
Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br><br>City State ZIP Code | Name<br>Street<br><br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br><br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From ______ To ______ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **The Ronin Society**<br>Name<br>**4512 Roundup Trail**<br>Street<br><br>**Austin, TX 78745-1533**<br>City State ZIP Code | From ______ To ______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Name<br>Street<br><br>City State ZIP Code | From ______ To ______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Name: <br> Street: <br> City / State / ZIP Code: | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. Name: <br> Street: <br> City / State / ZIP Code: |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Drake Sides** | | **$157,965.07** |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. **Drake Sides** (Name) <br> **3616 Far W Blvd Suite 117** (Street) <br> **Austin, TX 78731-3198** (City, State, ZIP Code) |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sarah Sides** | **3616 Far W Blvd Suite 117, Box 584 Austin, TX 78731-3198** | **President, CEO, Shareholder** | **100.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From<br>To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Drake Sides**<br>Name<br><br>Street<br><br>City State ZIP Code | **$20,000.00** | **Since Nov 2025** | **CFO compensation** |

| Relationship to debtor |
|---|
| **Husband of 100% Shareholder** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Sarah Elizabeth Sides**<br>Name<br>**1411 Desert Quail Lane**<br>Street<br><br>**Austin, TX 78758**<br>City State ZIP Code | **$12,307** | **11/2025-11/2026** | **Compensation for owning and running business** |

| Relationship to debtor |
|---|
| **Owner, Sole Shareholder, CEO, President** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ – _______ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/17/2026**
MM/ DD/ YYYY

✗ **/s/ Lucas Drake Sides**
Signature of individual signing on behalf of the debtor

Printed name **Lucas Drake Sides**

Position or relationship to debtor **COO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
❑ Yes

Fill in this information to identify the case:

Debtor name **Love Weld Inc**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): ______________________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* ______________________

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration ______________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/17/2026**
MM/ DD/ YYYY

✗ **/s/ Lucas Drake Sides**
Signature of individual signing on behalf of debtor

**Lucas Drake Sides**
Printed name

**COO**
Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
Western District of Texas

**In re** Love Weld Inc

Case No. ____________________

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........ **$35,000.00**

   Prior to the filing of this statement I have received ........ **$0.00**

   Balance Due ........ **$35,000.00**

2. The source of the compensation paid to me was:

   ☑ Debtor ❑ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor ❑ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ❑ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**11/17/2026**
*Date*

**/s/ Robert C Lane**
Robert C Lane
*Signature of Attorney*

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

**The Lane Law Firm**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Love Weld Inc**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **11/17/2026** Signature **/s/ Lucas Drake Sides**

Lucas Drake Sides, COO

**626 LLC**
ATTN: VLAD MAROM
3267 BEE CAVES RD #107-172
AUSTIN, TX 78746-6700

**ACTION CARTING ENV. SERVICES, INC.**
300 FRANK W BURR BLVD SUITE 39
TEANECK, NJ 07666-6730

**AMERICAN EXPRESS**
BANKRUPTCY UNIT
PO BOX 297817
FORT LAUDERDALE, FL 33329-7817

**AMERICAN EXPRESS**
P.O. BOX 60189
CITY INDUSTRY, CA 91716-0189

**ASE HVAC INC**
65-31 GRAND AVE
MASPETH, NY 11378-2422

**BAKER MCKENZIE**
830 BRICKELL PLAZA STE 3100
MIAMI, FL 33131-2904

**BARCLAY DAMON LLP**
125 E JEFFERSON ST
SYRACUSE, NY 13202-2020

**CALIFORNIA DEPT OF TAX AND FEE ADMIN**
ACCOUNT INFORMATION GROUP, MIC:29
PO BOX 942879
SACRAMENTO, CA 94279

**CFT CLEAR FINANCE TECHNOLOGY CORP.**
2810 N CHURCH ST 68100
WILMINGTON, DE 19802

**CHASE BANK**
P.O. BOX 44959
INDIANAPOLIS, IN 46244-0959

**CHASE INK**
PO BOX 15123
WILMINGTON, DE 19850-5123

**CITY AND COUNTY OF DENVER**
TREASURY DIVISION
201 W. COLFAX AVE. DEPT 1009
DENVER, CO 80202

**CLEMENTS SKELTON**
50827 HWY 550 13
DURANGO, CO 81303

**COLORADO DEPARTMENT OF REVENUE**
ATTN: BANKRUPTCY
PO BOX 17087
DENVER, CO 80217

**DC OFFICE OF TAX AND REVENUE**
COMPLIANCE ADMINISTRATION
1101 4TH STREET SW 6TH FL
WASHINGTON, DC 20024

**DC2824, LLC**
C/O JAMES T. BACON, ESQ.,
11350 RANDOM HILLS RD 700
FAIRFAX, VA 22030-6044

**DELAWARE DIVISION OF CORPORATIONS**
JOHN G. TOWNSEND BLDG.
401 FEDERAL ST SUITE 4
DOVER, DE 19901-3639

**ECOMMERCE FUNDING, LLC**
STE. 209 #1205
LAS VEGAS, NV 89101-6845
930 S 4TH ST STE. 209 #1205
LAS VEGAS, NV 89101

**FEDEX**
P.O. BOX 94515
PALATINE, IL 60094-4515

**FIREHOUSE BLOCK, LLC**
C/O MCWHINNEY REAL ESTATE SERVICES, LLC
1800 WAZEE ST 200
DENVER, CO 80202-2526

**FIRST CITIZENS BANK & TRUST CO**
21146 NETWORK PLACE
CHICAGO, IL 60673

**FIRST-CITIZENS BANK AND TRUST COMPANY**
ATTN: SBA LOAN OPERATIONS
100 E TRYON ROAD, DAC-90
RALEIGH, NC 27603

**FREMADA GOLD INC**
2 W 45TH ST SUITE 1605
NEW YORK, NY 10036-4228

**FRERET DEVELOPMENT, LLC**
ATTN: ANDY JACOBS
5007 FRERET ST
NEW ORLEANS, LA 70115-6405

**GARCIA FAMILY LLC**
C/O ANITA CASALE
328 SAN FELIPE ST NW
ALBUQUERQUE, NM 87104-1499

**J.P. ASSOCIATES II, LLC**
C/O PEP REAL ESTATE
51 WOOSTER ST 3RD FL
NEW YORK, NY 10013-2292

**JP MORGAN CHASE BANK**
1111 POLARIS PKWY
COLUMBUS, OH 43240-2031

**LOUISIANA DEPARTMENT OF REVENUE**
COLLECTION DIVISION/BANKRUPTCY SECTION
PO BOX 66658
BATON ROUGE, LA 70896

**LOVE WELD INC**
632 N LAMAR BLVD
AUSTIN, TX 78703-5414

**MIDAS CHAIN**
151 VETERANS DR
NORTHVALE, NJ 07647-2301

**NEW MEXICO TAXATION & REVENUE DEPARTMENT**
BANKRUPTCY UNIT
PO BOX 50129
ALBUQUERQUE, NM 87181

**NEW YORK STATE DEPT OF TAX AND FINANCE**
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205

**ONRAMP FUNDS, INC.**
930 S 4TH ST STE. 209 #1205
LAS VEGAS, NV 89101-6845

**RC LAMARCADO LP**
C/O REIS ASSOCIATES, LLC
2901 WILCREST DR 400
HOUSTON, TX 77042-6079

**RIO GRANDE**
7500 BLUEWATER RD NW
ALBUQUERQUE, NM 87121-1962

**SHOPIFY CAPITAL INC**
SHOPIFY ADMIN
33 NEW MONTGOMERY ST SUITE 750
SAN FRANCISCO, CA 94105

**SHOPIFY INC.**
151 O'CONNOR ST,

**LUCAS DRAKE SIDES**
3616 FAR W BLVD SUITE 117, BOX 584
HOUSTON, TX 77036

**SARAH SIDES**
3616 FAR W BLVD SUITE 117, BOX 584
HOUSTON, TX 77036

**TEXAS COMPTROLLER OF**
**PUBLIC ACCOUNTS**
111 E. 17TH STREET
AUSTIN, TX 78774

**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**
PO BOX 13528
AUSTIN, TX 78711

**THE JOBE FAMILY LIVING TRUST**
122 HOGAN DRIVE
CALLISBURG, TX 76240

**THE LANE LAW FIRM**
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369

**THE NEW ORLEANS BUILDING ASSOCIATES, LP**
C/O MUSELLI COMMERCIAL REALTORS
1513 6TH ST 201 A
SANTA MONICA, CA 90401-2500

**WOLTERS KLUWER**
2700 LAKE COOK RD
DEERFIELD, IL 60015