**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **LOVE WELD, INC** | § | |
| | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 26-12342** |

**MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Love Weld, Inc. ("Debtor") and files this Motion for Authority to Use Cash Collateral pursuant to 11 U.S.C. § 363. The Debtor presents this motion and respectfully represents the following:

1. On November 17, 2026 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code") and is now operating its business as a Debtor-In-Possession.

2. Debtor was incorporated in Delaware in 2022 by Sarah Sides, the CEO, President, and sole shareholder. Lucas Drake Sides, her husband, is the Debtor's chief financial officer. Debtor is a retail brick-and-mortar jewelry business specializing in custom fit 14k and sterling silver "permanent" jewelry styles. Debtor offers styles of necklaces, anklets, bracelets and rings affixed using a micro welding technology for a claspless look. Debtor currently operates ten locations in Texas, New Mexico, California, New York, Washington DC, and Louisiana. Additional information may be found at: https://loveweld.com.

3. Love Weld's financial trouble developed in 2025 from declining sales, a fixed operating cost structure across multiple retail locations, and increasing reliance on expensive short-term financing. Sales declined approximately 15% in 2025 compared with 2024. Lower revenue made it harder to cover rent, payroll, inventory purchases, and other operating expenses. Debtor

used financing to bridge cash shortfalls and maintain operations. However, the repayment obligations consumed a significant portion of incoming sales, leaving less cash available for ongoing expenses and creating a cycle of needing additional financing. Debtor has reduced costs, improved inventory controls, adjusted staffing and pricing, and pursued more affordable financing. Despite those efforts and recent improvement in sales, existing debt payments continue to strain cash flow, and Debtor has fallen behind on some obligations, including sales taxes and vendor payments.

4. The Debtor continues to operate its retail jewelry business as Debtor-In-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code.

5. Debtor's proposed 30-day interim cash budget is attached as Exhibit A.

6. On November 17, 2026, a third-party search of the UCC records of every state in which Debtor operates was conducted. A summary of the search is attached as Exhibit B.

7. As reflected in Exhibit B, a search of the records of the New Mexico Secretary of State records reveals the following active UCC financing statements. The UCC Financing Statements filed in New Mexico are attached as Exhibit C:

1 – JPMorgan Chase Bank NA (UCC Filing No. 20220129378A) (Filed on 3/25/2022). This is a blanket lien.;

2 – JPMorgan Chase Bank NA (UCC Filing No. 20220136733H) (Filed on 08/10/2022); This is a blanket lien.

3 – JPMorgan Chase Bank NA (UCC Filing No. 20230144563I) (Filed on 01/23/2023); This is a blanket lien.

4 –First-Citizens Bank & Trust Company (UCC Filing No. 20230155557D) (Filed on 10/23/2023). This is a blanket lien.

5 – Unknown Creditor (C T Corporation Systems as filing agent) (UCC Filing No. 20260000089999) (Filed on 07/28/2026). This is a lien on all Debtor's accounts and accounts receivable.

8. As reflected in Exhibit B, a search of the records of the Delaware Department of State records reveals the following active UCC financing statements. The UCC Financing Statements filed in Delaware are attached as Exhibit D:

1 – First-Citizens Bank & Trust Company (UCC Filing No. 2023 7201592) (Filed on 10/23/2023); This is a blanket lien.

2 – CFT CLEAR FINANCE TECHNOLOGY CORP. (UCC Filing No. 2026 0475612) (Filed on 01/19/26). This debt has been paid in full. Debtor asserts that this UCC financing statement should have been terminated and secures no collateral.

3 – Unknown Creditor (Middesk, Inc. as filing agent) (UCC Filing No. 2026 6303040) (Filed on 08/03/2026). This is a blanket lien.

9. As reflected in the schedules, as of the petition date the Debtor had $83,341.43 in cash on hand, with the bulk of it being held in a Frost Bank account. Being a retailer, Debtor has almost no accounts receivables.

10. JPMorgan Chase Bank has the oldest recorded UCC lien and asserts a security interest in "all inventory, chattel paper, accounts, equipment and general intangibles" of the Debtor. Debtor owes JPMorgan Chase Bank approximately $253,000, as reflected in Schedule D.

11. Debtor does not stipulate that the any creditor has a perfected security interest in the money in its main operating account at Frost Bank. Debtor has very little accounts receivable and, as reflected in Schedule A, Debtor has only a small amount of money in its Chase accounts. Debtor has no money in an account at First-Citizens Bank & Trust Company, and Debtor does not know

the identity of the secured parties that filed anonymously through agents. Debtor therefore brings this motion out of an abundance of caution. Debtor further offers, out of an abundance of caution, adequate protection for the diminution in value of cash collateral (if any). Debtor offers to: (i) maintain the value of its business as a going concern, and (ii) provide replacement lien(s) equal to those held pre-petition, if any, upon now-owned and after-acquired cash to the extent of any diminution in value of cash collateral.

12. The Debtor proposes to grant the Replacement Lien(s) to the same extent and priority, if any, that existed as of the date of filing. The Replacement Lien(s) shall not attach to Ch. 5 causes of action.

13. Attached as Exhibit "A" is a 30-day budget for the Debtor, showing projected income and expenses. The amounts listed are reasonable and good faith estimations of what the Debtor needs to spend each month to continue the operations of its business and reorganize. Debtor requests authority to use the cash collateral for expenses as set forth on Exhibit "A" and any other unforeseeable expenses that may arise and pose a threat to the Debtor's continued operations. Specifically, the Debtor requests authority to use the cash collateral to pay up to 110% of each expense in Exhibit A, so long as the total of cash collateral spent during the month does not exceed by more than 10% of that month's total in Exhibit A.

14. It is critical to the operation of the Debtor's business, and to its reorganization efforts, that it be permitted to pay these expenses using cash collateral. The Debtor produces revenue from the service its employees provide and would use such revenue to pay the budgeted expenses. Moreover, such revenue will be deposited by Debtor in its DIP operating account pending entry of an order allowing use of cash collateral or consent by lien holders.

15. The 30-Day Budget shows projected income and expenses for the Debtor. The amounts listed are reasonable and good faith estimations of what the Debtor needs to spend each month to continue the operations of its business and reorganize. Debtor will submit a 120-day budget prior to a final hearing on cash collateral.

16. Debtor requests authority to use the cash collateral for expenses set forth on Exhibit A. Specifically, the Debtor requests authority to use the cash collateral to pay up to 110% of each expense in Exhibit A, so long as the total of cash collateral spent during the month does not exceed by more than 10% of that month's total in Exhibit A.

17. This "First Day Motion" is being filed under the Court's Standing Order on First Day Motions in Chapter 11 cases.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests this matter be set for an emergency hearing and that upon hearing, the Court will enter an Interim Order authorizing the Debtor's use of the cash collateral in the amounts set forth in Exhibit A and for such other and further relief as the Debtor may show itself justly entitled.

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion for Use of Cash Collateral was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, and or by US First Class Mail Postage Prepaid on November 18, 2026:

Debtor:
Love Weld Inc.
632 N Lamar Blvd
Austin, TX 78703

US Trustee:
Office of the U.S. Trustee
903 San Jacinto Blvd, Room 203
Austin, TX 78701

ECF Notifications:

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Additional Electronic Notice:

Recovery_operations@shopify.com

Bankruptcies-insolvencies@shopify.com

bankruptcy@gmlaw.com

legal@onrampfunds.com

ssather@bn-lawyers.com

*/s/Robert C. Lane*
Robert C. Lane

Label Matrix for local noticing
0542-1
Case 26-12342-cgb
Western District of Texas
Austin
Wed Nov 18 10:52:00 CST 2026

Love Weld Inc
3616 Far W Blvd Suite 117 Box 584
Austin, TX 78731-3198

United States Trustee (SMG111)
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

626 LLC
Attn: Vlad Marom
3267 Bee Caves Rd #107-172
Austin, TX 78746-6700

ASE HVAC Inc
65-31 Grand Ave
Maspeth, NY 11378-2422

Action Carting Env. Services, Inc.
300 Frank W Burr Blvd Suite 39
Teaneck, NJ 07666-6730

American Express
Bankruptcy Unit
PO Box 297817
Fort Lauderdale, FL 33329-7817

American Express
P.o. Box 60189
City Industry, CA 91716-0189

Baker McKenzie
830 Brickell Plaza Ste 3100
Miami, FL 33131-2904

(p)BARCLAY DAMON LLP
125 E JEFFERSON STREET
SYRACUSE NY 13202-2515

(p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

CFT Clear Finance Technology Corp.
2810 N Church St 68100
Wilmington, DE 19802-4447

California Dept of Tax and Fee Admin
Account Information Group, MIC:29
PO Box 942879
Sacramento, CA 94279-0001

Chase Bank
P.O. Box 44959
Indianapolis, IN 46244-0959

Chase Ink
PO Box 15123
Wilmington, DE 19850-5123

(p)CITY AND COUNTY OF DENVER
ATTN ATTENTION BANKRUPTCY
201 W COLFAX AVE
DEPT 1009 MC 1001
DENVER CO 80202-5329

Clements Skelton
50827 Hwy 550 13
Durango, CO 81303

Colorado Department of Revenue
Attn: Bankruptcy
PO Box 17087
Denver, CO 80217-0087

DC Office of Tax and Revenue
Compliance Administration
1101 4th Street SW 6th Fl
Washington, DC 20024-4457

DC2824, LLC
c/o James T. Bacon, Esq.,
11350 Random Hills Rd 700
Fairfax, VA 22030-6044

Delaware Division of Corporations
John G. Townsend Bldg.
401 Federal St Suite 4
Dover, DE 19901-3639

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

Firehouse Block, LLC
c/o McWhinney Real Estate Services, LLC
1800 Wazee St 200
Denver, CO 80202-2526

First Citizens Bank & Trust Co
21146 Network Place
Chicago, IL 60673-1211

First-Citizens Bank and Trust Company
Attn: SBA Loan Operations
100 E Tryon Road, DAC-90
Raleigh, NC 27603-3581

Fremada Gold Inc
2 W 45th St Suite 1605
New York, NY 10036-4228

Freret Development, LLC
Attn: Andy Jacobs
5007 Freret St
New Orleans, LA 70115-6405

Garcia Family LLC
c/o Anita Casale
328 San Felipe St Nw
Albuquerque, NM 87104-1499

J.P. Associates II, LLC
c/o PEP Real Estate
51 Wooster St 3rd Fl
New York, NY 10013-2292

JP Morgan Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240-2050

Louisiana Department of Revenue
Collection Division/Bankruptcy Section
PO Box 66658
Baton Rouge, LA 70896-6658

Love Weld Inc
632 N Lamar Blvd
Austin, TX 78703-5414

Lucas Drake Sides
3616 Far W Blvd Suite 117, Box 584
Houston, TX 77036

Midas Chain
151 Veterans Dr
Northvale, NJ 07647-2301

New Mexico Taxation & Revenue Department
Bankruptcy Unit
PO Box 50129
Albuquerque, NM 87181-0129

New York State Dept of Tax and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

OnRamp Funds, Inc.
930 S 4th St Ste. 209 #1205
Las Vegas, NV 89101-6845

RC Lamarcado LP
c/o REIS Associates, LLC
2901 Wilcrest Dr 400
Houston, TX 77042-6079

Rio Grande
7500 Bluewater Rd Nw
Albuquerque, NM 87121-1962

Sarah Sides
3616 Far W Blvd Suite 117, Box 584
Houston, TX 77036

(p)SHOPIFY INC
100 SHOCKOE SLIP 2ND FLOOR
RICHMOND VA 23219-4100

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

The Jobe Family Living Trust
122 Hogan Drive
Callisburg, TX 76240-9557

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

The New Orleans Building Associates, LP
c/o Muselli Commercial Realtors
1513 6th St 201 A
Santa Monica, CA 90401-2500

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Wolters Kluwer
2700 Lake Cook Rd
Deerfield, IL 60015-3867

eCommerce Funding, LLC
Ste. 209 #1205
Las Vegas, NV 89101-6845
930 S 4th St Ste. 209 #1205
Las Vegas, NV 89101-6845

Robert Chamless Lane
The Lane Law Firm PLLC
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Barclay Damon LLP
125 E Jefferson St
Syracuse, NY 13202-2020

Bexar County
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

City and County of Denver
Treasury Division
201 W. Colfax Ave. Dept 1009
Denver, CO 80202

Shopify Capital Inc
Shopify Admin
33 New Montgomery St Suite 750
San Francisco, CA 94105

Texas Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774

(d)Texas Comptroller of Public Accounts
PO Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Shopify Inc.
151 O'Connor St,

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 49 |
| Bypassed recipients | 1 |
| Total | 50 |